PROB 12C
(6/16)

Report Date: July 29, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 31, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: James Eugene LeLacheur          Case Number: 0980 2:07CR00156-FVS-1

Address of Offender:          Spokane, Washington 99212

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: July 15, 2008

Original Offense:    Possession with the Intent to Distribute 5 Grams or More of Actual Methamphetamine, 21 U.S.C. § 841(a)(1)

Original Sentence:   Prison - 120 months              Type of Supervision: Supervised Release
                     TSR - 60 months

Asst. U.S. Attorney:   Earl A. Hicks                  Date Supervision Commenced: August 23, 2016

Defense Attorney:      Federal Defender's Office      Date Supervision Expires: August 22, 2021

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition of supervision:

Violation Number | Nature of Noncompliance

1 | **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On June 16, 2019, Mr. LeLacheur was in direct violation of special condition number 16 by using marijuana.

On August 24, 2016, Mr. LeLacheur met with the undersigned officer. He was given a copy of his judgment and his conditions of supervision were explained to him. He signed his judgment indicating he understood the noted conditions.

On June 26, 2019, the undersigned officer made an unannounced home contact. Mr. LeLacheur was directed to supply a urine sample. At that time, he stated he was unable to provide a urine sample. He was directed to report to the U.S. Probation Office. Mr. LeLacheur reported as directed and disclosed he had used marijuana on June 16, 2019. He signed a drug use admission form reflecting his use.

In addition, he tested positive for marijuana on July 11, 2019, at Pioneer Human Services. He reported the positive test was residual from his last use on June 16, 2019.

Prob12C
Re: LeLacheur, James Eugene
July 29, 2019
Page 2

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   07/29/2019

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

*Fred Van Sickle*

Signature of Judicial Officer

July 31, 2019

Date